IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| REGIONS BANK, *as Indenture Trustee*, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:21-CV-436-RP |
| | § | |
| CRAWFORD HEALTH FACILITIES | § | |
| DEVELOPMENT CORPORATION, | § | |
| LLV1, LP, and CELESTE CARE, LLC, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is Plaintiff Regions Bank's ("Plaintiff") unopposed motion to dismiss. (Dkt. 193). Plaintiff requests that the Court dismiss without prejudice all its claims against Defendants Crawford Health Facilities Development Corporation, LLV1, LP, and Celeste Care, LLC (collectively, "Defendants"). (*Id.*).

Plaintiff's motion cites Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) "allows plaintiffs to freely dismiss their suits, subject to court approval, provided the dismissal does not prejudice any party." *Templeton v. Nedllovd Lines*, 901 F.2d 1273, 1274 (5th Cir. 1990). The district court has discretion to grant a Rule 41(a)(2) motion to dismiss. *Manshack v. Sw. Elec. Power Co.*, 915 F.2d 172, 174 (5th Cir. 1990). Generally, motions for voluntary dismissal should be freely granted, unless the non-moving party can show it would suffer some plain legal prejudice. *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002).

Plaintiff's motion seeks to voluntarily dismiss its claims without prejudice. (Dkt. 193). Plaintiff indicates that Defendants and the former Receiver are unopposed to the dismissal of this case. (*Id.*). The Court thus finds that Defendants will not suffer prejudice from the dismissal of Plaintiff's claims against them.

Accordingly, Plaintiff's unopposed motion to dismiss, (Dkt. 193), is **GRANTED**. **IT IS ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

As nothing remains to resolve, **IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on September 3, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE